UNITED DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROEMER INVESTMENTS, LLC

VERSUS                                 CIVIL NO. 06-CV-331-JJB

ALBERT J. CHAPMAN, AND

TRANS-WORLD PROPERTIES, LTD

### RULING ON PLAINTIFF'S MOTION IN LIMINE

   Before the court is plaintiff's Motion in Limine moving this Court to order that Intervenor/Defendant, the Federal Deposit Insurance Corporation (the "FDIC"), is barred from offering, filing, introducing, or admitting certain testimony or exhibits at trial relating to the prior conviction of Danny Roemer and that such be excluded from evidence. The FDIC has filed an opposition.

   After considering the plaintiff's motion [doc. 57] and the defendant's opposition, the court DEFERS to trial a decision on the admissibility of Danny Roemer's prior convictions.

   Baton Rouge, Louisiana, the 25th day of September, 2008.

DISTRICT JUDGE
JAMES J. BRADY